**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| PATRICIA MacMURRAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-02718-RLY-MJD |
| ) | |
| JANSSEN PHARMACEUTICALS, INC., ) | |
| ELI LILLY AND COMPANY, BOEHRINGER ) | |
| INGELHEIM PHARMACEUTICALS, INC., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' ELI LILLY AND COMPANY AND**
**BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.'S NOTICE OF INITIAL**
**EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Pursuant to Local Rule 6-1(b), Defendants Boehringer Ingelheim Pharmaceuticals, Inc. ("BIPI") and Eli Lilly and Company ("Lilly") (together, "Defendants"), by counsel, hereby notify the Court of an initial 28-day extension of time to answer or otherwise respond to Plaintiff's Complaint and in support hereof states:

1. The Complaint in this case was filed on October 10, 2016.

2. Lilly was served on or about December 16, 2016.

3. BIPI was served by process server on or about December 21, 2016.

4. BIPI has up to and including January 11, 2017 and Lilly has up to and including January 6, 2017, to answer or otherwise respond to the Complaint, which time has not yet expired.

5. The deadline to respond to Plaintiff's Complaint has not previously been extended.

6. The requested extension does not interfere with any case management plan, case deadlines, or hearings, as no case management plan is currently in place and no case deadlines or hearings have been scheduled.

7. Counsel for Defendants contacted Plaintiff's counsel, and Plaintiff's has kindly agreed to this extension.

8. BIPI's answer is currently due on or about January 11, 2017, and pursuant to this Notice now will be due February 8, 2017; and Lilly's answer is currently due on or about January 6, 2017 and, pursuant to this Notice, now will be due February 3, 2017.

Dated: January 3, 2017

Respectfully submitted,

| | |
|---|---|
| *s/Sally Franklin Zweig* | *s/ Mary Nold Larimore (with permission)* |
| Sally Franklin Zweig, No. 11367-49 | Mary Nold Larimore |
| KATZ & KORIN, PC | Larimore@icemiller.com |
| 334 North Senate Avenue | Nancy Menard Riddle |
| Indianapolis, Indiana 46204 | Nancy.Riddle@icemiller.com |
| P: 317-464-1100; F: 317-464-1111 | ICE MILLER LLP |
| szweig@katzkorin.com | One American Square; Suite 2900 |
| | Indianapolis, IN  46282-0200 |
| Heidi Levine [*pro hac vice* to be filed] | Telephone: (317) 236-2100 |
| SIDLEY AUSTIN, LLP | Facsimile: (317) 236-2219 |
| 787 Seventh Avenue | |
| New York, NY 10019 | *Counsel for Defendant Eli Lilly and Company* |
| P: 212-839-5300; F: 212-839-5599 | |
| hlevine@sidley.com | |

Elizabeth C. Curtin [*pro hac vice* to be filed]
SIDLEY AUSTIN, LLP
One South Dearborn
Chicago, Illinois 60603
P: 312-853-0524; F: 312-853-7036
ecurtin@sidley.com

*Counsel for Defendant Boehringer Ingelheim Pharmaceuticals, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of January, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's ECF. Parties may access this filing through the Court's system:

| Sally Franklin Zweig (Def BIPI) KATZ & KORIN, PC | szweig@katzkorin.com |
|---|---|
| Robert T. Dassow (Pltfs) HOVDE DASSOW & DEETS | rdassow@hovdelaw.com |
| Mary Nold Larimore (Def Lilly) ICE MILLER, LLP | larimore@icemiller.com |
| Nancy Menard Riddle (Def Lilly) ICE MILLER, LLP | nancy.riddle@icemiller.com |

I hereby certify that on the 3rd day of January 2017, a copy of the foregoing was served, via e-mail upon the following:

Timothy J. Becker
Rolf T. Fiebiger
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
tbecker@johnsonbecker.com
rfiebiger@johnsonbecker.com

            *s/Sally Franklin Zweig*
            Sally Franklin Zweig

Sally Franklin Zweig
KATZ & KORIN, PC
334 North Senate Avenue
Indianapolis, Indiana 46204
Telephone: 317-464-1100; Facsimile: 317-464-1111
szweig@katzkorin.com