UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PATRICIA MacMURRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:16-CV-2718-RLY-MJD |
| | ) | |
| JANSSEN PHARMACEUTICALS, INC., | ) | |
| ELI LILLY AND COMPANY, and | ) | |
| BOEHRINGER INGELHEIM | ) | |
| PHARMACEUTICALS, INC. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT JANSSEN PHARMACEUTICALS, INC.'S NOTICE OF INITIAL EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to S.D. Ind. L.R. 6-1(b), Defendant Janssen Pharmaceuticals, Inc. ("Janssen"), by counsel, respectfully notifies the Court of its initial 28-day extension of time to respond to Plaintiff's Complaint. In support of this Notice, Janssen states:

1. Plaintiff's Complaint was filed on October 10, 2016.

2. Janssen was served on or about December 16, 2016. Accordingly, Janssen's original deadline to respond to the Complaint was January 6, 2017, which deadline has not passed.

3. Janssen's deadline to respond to the Complaint has not been previously extended.

4. With the 28-day extension, Janssen's new deadline to respond to the Complaint is February 3, 2017.

5. Janssen's deadline extension does not interfere with a case management plan, other case deadlines, or scheduled hearings because no case management plan has been entered and no case deadlines or hearings have been scheduled.

6. The undersigned's co-counsel contacted Plaintiff's counsel who agreed to the extension.

Dated: January 4, 2017

/s/ Thomas F. Shea
Thomas F. Shea (No. 18155-49)
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone: 317-231-7738
Facsimile: 317-231-7433
Email: Thomas.shea@btlaw.com

Attorney for Defendant
Janssen Pharmaceuticals, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a copy of the foregoing has been served on all counsel of record this 4th day of January, 2017 by the Court's electronic filing system.

>   */s/ Thomas F. Shea*
>   Thomas F. Shea